Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
3/31/2020 3:48 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L003737

8994094

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

GREGORY WALKER

(Name all parties)

v.

RANDY BROWN, et al.

Case No. 2020L003737

☑ **SUMMONS** ☐ **ALIAS SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.



EXHIBIT 4

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons  (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 62935

Atty Name: STAVER INJURY LAWYERS

Atty. for: PLAINTIFF

Address: 120 W MADISON STREET

City: CHICAGO

State: IL   Zip: 60602

Telephone: 312-236-2900

Primary Email: _____

Witness: _____

3/31/2020 3:48 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 3/31/2020 3:48 PM   2020L003737

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

FILED DATE: 3/31/2020 3:48 PM 2020L003737

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
3/31/2020 3:48 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L003737

8994094

FILED DATE: 3/31/2020 3:48 PM 2020L003737

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

GREGORY WALKER

(Name all parties)

v.

JLE INDUSTRIES, LLC, et al.

Case No. 2020L003737

☑ SUMMONS  ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

Summons - Alias Summons (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 62935

Atty Name: STAVER INJURY LAWYERS

Atty. for: PLAINTIFF

Address: 120 W MADISON STREET

City: CHICAGO

State: IL  Zip: 60602

Telephone: 312-236-2900

Primary Email: _____

Witness: _____

3/31/2020 3:48 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 3/31/2020 3:48 PM  2020L003737

FILED DATE: 3/31/2020 3:48 PM 2020L003737

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
3/31/2020 3:48 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L003737

8994094

FILED DATE: 3/31/2020 3:48 PM  2020L003737

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| GREGORY WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2020L003737 |
| ) | |
| RANDY BROWN, ) | |
| individually and as an agent of ) | |
| JLE INDUSTRIES, LLC, and ) | |
| JLE INDUSTRIES, LLC, a limited ) | |
| liability company, individually, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, GREGORY WALKER (hereinafter referred to as "Plaintiff"), by and through his attorneys, STAVER ACCIDENT INJURY LAWYERS, P.C., complaining of the Defendants, RANDY BROWN, individually and as an agent of JLE INDUSTRIES, LLC, and JLE INDUSTRIES, LLC, a limited liability company, individually, and states as follows:

### COUNT I

### GREGORY WALKER V. RANDY BROWN (INDIVIDUALLY AND AS AN AGENT OF JLE INDUSTRIES, LLC)

1. That on or about December 2, 2019, at approximately 5:28 a.m., Plaintiff was operating a motor vehicle in a westbound direction on or about I-80 near Wentworth Avenue in the City of Lansing, County of Cook, and State of Illinois.

2. That on or about December 2, 2019, at approximately 5:28 a.m., Defendant RANDY BROWN was operating a tractor-trailer in a westbound direction on or about the I-80 near Wentworth Avenue in the City of Lansing, County of Cook, and State of Illinois.

FILED DATE: 3/31/2020 3:48 PM  2020L003737

3. At all times herein mentioned, Defendant RANDY BROWN was driving for Defendant JLE INDUSTRIES, LLC, and was acting as a duly authorized agent of JLE INDUSTRIES, LLC.

4. At all times herein mentioned, Defendant RANDY BROWN was acting within the scope of his employment and/or agency with Defendant JLE INDUSTRIES, LLC.

5. That at the aforementioned time and place, a collision occurred between Plaintiff's motor vehicle and the tractor-trailer operated by Defendant RANDY BROWN when Defendant RANDY BROWN attempted to change lanes and struck Plaintiff's vehicle.

6. That at all times material hereto it was the duty of Defendant RANDY BROWN to exercise ordinary care in the ownership, operation, maintenance, and control of such vehicle for the safety of the person and property of others there and then upon said roadway and especially the Plaintiff herein.

7. That in violation of this duty, Defendant RANDY BROWN acted or failed to act in one or more of the following ways, amounting to negligent conduct and violating the Motor Vehicle Laws of the State of Illinois:

   a. Operated said motor vehicle without keeping a proper and sufficient lookout;

   b. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of the Plaintiff, in violation of the provisions of 625 ILCS 5/11-601;

   c. Failed to decrease the speed of said motor vehicle so as to avoid colliding with another vehicle contrary to and in violation of the provisions of 625 ILCS 5/11-601;

   d. Failed to equip said motor vehicle with proper brakes, contrary to and in violation of the provisions of 625 ILCS 5/12-301;

   e. Failed to keep said motor vehicle under proper control and failed to stop, slow down, or otherwise alter the speed, movement or direction of said vehicle when danger of collision with another vehicle was imminent;

FILED DATE: 3/31/2020 3:48 PM 2020L003737

  f. Attempted to move said motor vehicle from a single lane position without first ascertaining whether such movement could be made with reasonable safety, in violation of the provisions of 625 ILCS 5/11-709;

  g. Failed to properly signal his intention to change lanes, contrary to and in violation of the provisions of 625 ILCS 5/11-804; and

  h. Failed to give audible warning with said motor vehicle's horn of the approach of said motor vehicle, although such warning was necessary to ensure the safe operation of said vehicle, contrary to and in violation of the provisions of 625 ILCS 5/12-601.

8. That as a direct and proximate cause of Defendant RANDY BROWN's aforesaid careless and negligent acts and/or omissions, the Plaintiff was caused to sustain personal injuries, to incur and pay medical and hospital expenses, and to be absent from his usual pursuits for a period of time.

**WHEREFORE**, the Plaintiff, GREGORY WALKER, prays for judgment against the Defendant, RANDY BROWN, individually and as an agent of JLE INDUSTRIES, LLC, in an amount in excess of $50,000.00, held joint and severally liable, plus court costs, and for whatever other relief this court deems just and appropriate.

## COUNT II

### GREGORY WALKER V. JLE INDUSTRIES, LLC

9. That on or about December 2, 2019, at approximately 5:28 a.m., Plaintiff was operating a motor vehicle in a westbound direction on or about I-80 near Wentworth Avenue in the City of Lansing, County of Cook, and State of Illinois.

10. That on or about December 2, 2019, at approximately 5:28 a.m., Defendant RANDY BROWN was operating a tractor-trailer in a westbound direction on or about the I-80 near Wentworth Avenue in the City of Lansing, County of Cook, and State of Illinois.

FILED DATE: 3/31/2020 3:48 PM  2020L003737

11. At all times herein mentioned, Defendant RANDY BROWN was driving for Defendant JLE INDUSTRIES, LLC, and was acting as a duly authorized agent of JLE INDUSTRIES, LLC.

12. At all times herein mentioned, Defendant RANDY BROWN was acting within the scope of his employment and/or agency with Defendant JLE INDUSTRIES, LLC.

13. That at the aforementioned time and place, a collision occurred between Plaintiff's motor vehicle and the tractor-trailer operated by Defendant RANDY BROWN when Defendant RANDY BROWN attempted to change lanes and struck Plaintiff's vehicle.

14. That at all times material hereto it was the duty of Defendant JLE INDUSTRIES, LLC and its agents to exercise ordinary care in the ownership, operation, maintenance, and control of such vehicle for the safety of the person and property of others there and then upon said roadway and especially the Plaintiff herein.

15. That in violation of this duty, Defendant JLE INDUSTRIES, LLC and its agents acted or failed to act in one or more of the following ways, amounting to negligent conduct and violating the Motor Vehicle Laws of the State of Illinois:

   a. Operated said motor vehicle without keeping a proper and sufficient lookout;

   b. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of the Plaintiff, in violation of the provisions of 625 ILCS 5/11-601;

   c. Failed to decrease the speed of said motor vehicle so as to avoid colliding with another vehicle contrary to and in violation of the provisions of 625 ILCS 5/11-601;

   d. Failed to equip said motor vehicle with proper brakes, contrary to and in violation of the provisions of 625 ILCS 5/12-301;

   e. Failed to keep said motor vehicle under proper control and failed to stop, slow down, or otherwise alter the speed, movement or direction of said vehicle when danger of collision with another vehicle was imminent;

4

FILED DATE: 3/31/2020 3:48 PM 2020L003737

    f. Attempted to move said motor vehicle from a single lane position without first ascertaining whether such movement could be made with reasonable safety, in violation of the provisions of 625 ILCS 5/11-709;

    g. Failed to properly signal his intention to change lanes, contrary to and in violation of the provisions of 625 ILCS 5/11-804; and

    h. Failed to give audible warning with said motor vehicle's horn of the approach of said motor vehicle, although such warning was necessary to ensure the safe operation of said vehicle, contrary to and in violation of the provisions of 625 ILCS 5/12-601.

16. That as a direct and proximate cause of Defendant JLE INDUSTRIES, LLC and its agent's aforesaid careless and negligent acts and/or omissions, the Plaintiff was caused to sustain personal injuries, to incur and pay medical and hospital expenses, and to be absent from his usual pursuits for a period of time.

    **WHEREFORE**, the Plaintiff, GREGORY WALKER, prays for judgment against the Defendant, JLE INDUSTRIES, LLC, in an amount in excess of $50,000.00, held joint and severally liable, plus court costs, and for whatever other relief this court deems just and appropriate.

    Respectfully submitted,

    STAVER ACCIDENT INJURY LAWYERS, P.C.

    By: _____
        Tyler Kobylski
        Attorney for Plaintiff

STAVER ACCIDENT INJURY LAWYERS, P.C.
120 W. Madison - Suite 400
Chicago, IL 60602
(312) 236-2900
Attorney ID# 62935
team@chicagolawyer.com

5

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
3/31/2020 3:48 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L003737

8994094

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| GREGORY WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) No. 2020L003737 | |
| RANDY BROWN, ) | |
| individually and as an agent of ) | |
| JLE INDUSTRIES, LLC, and ) | |
| JLE INDUSTRIES, LLC, a limited ) | |
| liability company, individually, ) | |
| ) | |
| Defendants. ) | |

### RULE 222 AFFIDAVIT *Re Damages Sought*

The undersigned attorney for Plaintiff, who having been duly sworn states on oath as follows:

1. That he is the attorney for the Plaintiff in the above-captioned matter and makes his Affidavit pursuant to Illinois Supreme Court Rules 222(b).

2. That the total amount of money damages sought in the above-captioned matter exceeds fifty-thousand ($50,000.00) dollars.

### VERIFICATION PURSUANT TO 735 ILCS 5/1-109

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

s/ Tyler Kobylski
Tyler Kobylski
Attorney for Plaintiff

STAVER ACCIDENT INJURY LAWYERS, P.C.
120 W. Madison - Suite 400
Chicago, IL 60602
(312) 236-2900
Attorney ID# 62935



# OFFICE OF THE SECRETARY OF STATE
## JESSE WHITE-Secretary of State

98020934
AUGUST 26, 2020

STAVER INJURY LAWYERS
120 W. MADISON, STE 400
CHICAGO, IL 60602


RE RANDY BROWN, AS AGENT OF JLE INDUSTRIES, LLC

DEAR SIR OR MADAM:

AFFIDAVIT OF COMPLIANCE FOR SERVICE ON THE SECRETARY OF STATE
FOR THE ABOVE REFERENCED LIMITED LIABILITY COMPANY HAS BEEN FILED.

THE REQUIRED FILING FEE IS HEREBY ACKNOWLEDGED.


SINCERELY YOURS,


JESSE WHITE
ILLINOIS SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICES
LIMITED LIABILITY DIVISION
(217) 524-8008

| | | 98020934 |
|---|---|---|
| Form **LLC-1.50**<br>September 2013<br>**Secretary of State**<br>Department of Business Services<br>Limited Liability Division<br>501 S. Second St., Rm. 351<br>Springfield, IL 62756<br>217-524-8008<br>www.cyberdriveillinois.com | Illinois Limited Liability Company Act<br>**Affidavit of Compliance for<br>Service on Secretary of State**<br>**SUBMIT IN DUPLICATE**<br>Type or Print Clearly<br>This space for use by Secretary of State. | FILE #<br>This space for use by Secretary of State.<br><br>**FILED**<br>AUG 26 2020<br>JESSE WHITE<br>SECRETARY OF STATE |
| Payment may be made by check payable to Secretary of State. If check is returned for any reason this filing will be void. | Filing Fee: $5<br>Approved: AB | |

1. Name of Limited Liability Company being served: __RANDY BROWN, AS AGENT OF__
   __JLE INDUSTRIES, LLC__

2. Title of Case and Case Number:

   __WALKER__ First Named Plaintiff   Number: __2020 L 3737__
   v.
   __BROWN__ First Named Defendant

3. Title of Court in which an action, suit or proceeding has been commenced: __COOK COUNTY__

4. Title of Instrument being served: __COMPLAINT + SUMMONS__

5. A Copy of the Process, Notice or Demand, together with any papers required by law to be delivered with service, are hereby attached.

6. Address to which the undersigned has caused a copy of the attached process, Notice or Demand to be sent by certified or registered mail: __CORP. SERVICE COMPANY, 251 LITTLE__
   __FALLS DRIVE, WILMINGTON, DE 19808__

7. The Secretary of State is irrevocably appointed as an agent of a Limited Liability Company upon the following basis:
   a. ☐ The Limited Liability Company's registered agent cannot with reasonable diligence be found at the registered office in Illinois.
   b. ☑ The Limited Liability Company has failed to appoint and maintain a registered agent in Illinois.
   c. ☐ The Limited Liability Company was dissolved on _____; the conditions of paragraphs a and b above exist; and the action, suit or preceding against or affecting the company has been instituted.
   d. ☐ The Limited Liability Company has been dissolved on _____; the conditions of a. or b. above exist, and a criminal proceeding against or affecting the company has been instituted.
   e. ☐ The Limited Liability Company is a foreign limited liability company admitted to transact business in Illinois that has been revoked or withdrawn on _____.

8. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____                    __AUGUST 4__, __2020__
   Signature of Affiant                            Month/Day          Year

   __TYLER KOBYLSKI__
   Name (print)

   __(312) 549-9893__
   Telephone Number

**RETURN TO:** (Please type or print clearly.)
__STAVER INJURY LAWYERS__
Name
__120 N MADISON - SUITE 400__
Street
__CHICAGO IL 60602__
City, State, ZIP

Printed by authority of the State of Illinois. December 2017 — 1 — LLC 13.8



## OFFICE OF THE SECRETARY OF STATE
### JESSE WHITE-Secretary of State

FILED
9/17/2020 12:29 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
10483702

FILED DATE: 9/17/2020 12:29 PM   2020L003737

98021264
SEPTEMBER 08, 2020

STAVER INJURY LAWYERS
120 W. MADISON, STE 400
CHICAGO, IL 60602

RE JLE INDUSTRIES, LLC

DEAR SIR OR MADAM:

AFFIDAVIT OF COMPLIANCE FOR SERVICE ON THE SECRETARY OF STATE
FOR THE ABOVE REFERENCED LIMITED LIABILITY COMPANY HAS BEEN FILED.

THE REQUIRED FILING FEE IS HEREBY ACKNOWLEDGED.

SINCERELY YOURS,

JESSE WHITE
ILLINOIS SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICES
LIMITED LIABILITY DIVISION
(217) 524-8008

2020L003737

98021264

FILED DATE: 9/17/2020 12:29 PM 2020L003737

| Form **LLC-1.50**<br>September 2013<br>Secretary of State<br>Department of Business Services<br>Limited Liability Division<br>501 S. Second St., Rm. 351<br>Springfield, IL 62756<br>217-524-8008<br>www.cyberdriveillinois.com | Illinois Limited Liability Company Act<br>**Affidavit of Compliance for**<br>**Service on Secretary of State**<br>**SUBMIT IN DUPLICATE**<br>Type or Print Clearly | FILE #<br>This space for use by Secretary of State.<br>**FILED**<br>SEP 08 2020<br>JESSE WHITE<br>SECRETARY OF STATE |
|---|---|---|

Payment may be made by check payable to Secretary of State. If check is returned for any reason this filing will be void.

Filing Fee: $5  Approved: [signature]

1. Name of Limited Liability Company being served: **JLE INDUSTRIES, LLC**

2. Title of Case and Case Number:

   **WALKER** — First Named Plaintiff
   v.
   **JLE INDUSTRIES** — First Named Defendant
   Number: **2020 L 3737**

3. Title of Court in which an action, suit or proceeding has been commenced: **COOK COUNTY**

4. Title of Instrument being served: **COMPLAINT + SUMMONS**

5. A Copy of the Process, Notice or Demand, together with any papers required by law to be delivered with service, are hereby attached.

6. Address to which the undersigned has caused a copy of the attached process, Notice or Demand to be sent by certified or registered mail: **CORPORATE SERVICE COMPANY 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808**

7. The Secretary of State is irrevocably appointed as an agent of a Limited Liability Company upon the following basis:
   a. ☐ The Limited Liability Company's registered agent cannot with reasonable diligence be found at the registered office in Illinois.
   b. ☒ The Limited Liability Company has failed to appoint and maintain a registered agent in Illinois.
   c. ☐ The Limited Liability Company was dissolved on _____ ; the conditions of paragraphs a and b above exist; and the action, suit or proceeding against or affecting the company has been instituted.
   d. ☐ The Limited Liability Company has been dissolved on _____ ; the conditions of a. or b. above exist, and a criminal proceeding against or affecting the company has been instituted.
   e. ☐ The Limited Liability Company is a foreign limited liability company admitted to transact business in Illinois that has been revoked or withdrawn on _____ .

8. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

[signature] Signature of Affiant       **AUGUST 4, 2020**

Name (print): **TYLER KOBYLSKI**

Telephone Number: **(312) 549-9893**

RETURN TO: (Please type or print clearly.)
Name: **STAVER INJURY LAWYERS**
Street: **120 W. MADISON - SUITE 400**
City, State, ZIP: **CHICAGO, IL 60602**

Printed by authority of the State of Illinois. December 2017 — 1 — LLC 13.8